# THE MARKS LAW FIRM, P.C.

March 18, 2020

**Via ECF**
Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



      RE: **Bonifacio v. Continental Exchange Solutions, Inc.**
            Docket: 1:19-cv-11684-KPF

Dear Judge Failla,

    The Parties respectfully request an adjournment of the initial conference scheduled for March 24, 2020.

    In accordance with current government and health officials recommendation to self-isolate and the temporary closing of many businesses, the Parties believe a forty-five (45) day adjournment of the initial conference is appropriate. Further, in order to reduce litigation costs and preserve resources, the Parties are currently engaged in good faith settlement discussions and believe that an agreement may be reached prior to further litigation. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

                                                   Respectfully Submitted,

                                                   The Marks Law Firm, P.C.

                                        By: _____
                                                    Bradly G. Marks

175 Varick Street, 3 ᵈ FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The initial pretrial conference currently scheduled for March 24, 2020, is hereby ADJOURNED to May 26, 2020, at 10:30 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  March 19, 2020         SO ORDERED.
        New York, New York

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE