UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PRISCILIANO CRISTOBAL BONIFACIO

                             Plaintiff,

              -against-

CONTINENTAL EXCHANGE SOLUTIONS, INC. d/b/a
RIA FINANCIAL SERVICES AND GVD GROUP, INC.,

                            Defendants.

-------------------------------------------------------X

*Civil Action No.*

**1:19-cv-11684-KPF**

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Plaintiff, PRISCILIANO CRISTOBAL BONIFACIO, and

Defendant CONTINENTAL EXCHANGE SOLUTIONS, INC. d/b/a RIA FINANCIAL

SERVICES and GVD GROUP, INC., hereby notify this Honorable Court that settlement has

been reached in the above-referenced case among all parties. The Parties are drafting the

necessary documents and expect to finalize the agreement in the next few weeks. Accordingly,

we respectfully request a 30-day order be issued.

      Dated: October 29, 2020

                             By:_____
                                Bradly G. Marks
                                The Marks Law Firm, PC
                                175 Varick Street, 3rd Fl
                                New York, NY 10014
                                T:(646) 770-3775